JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUSSEY,<br><br>                    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, a<br>corporation; DOES 1 through 10,<br>inclusive,<br><br>                    Defendants. | Case No. EDCV 17-2310-GW(SSx)<br><br>**ORDER DISMISSING ACTION<br>WITH PREJUDICE** |

    **IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action With Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs.

    **IT IS SO ORDERED**.

  Dated: November 21, 2018

_____
Hon. George H. Wu
United States District Judge